Employment Discrimination Complaint

# UNITED STATES DISTRICT COURT

Of the

District of Colorado

<u>Susanne Hurd</u>                          )

    *Plaintiff*                               )

    V.                                        )       Civil Action _____

<u>Michael P. Ryan President & CEO</u>       )

<u>US Infrastructure Company (USIC)</u>      )

    *Defendants*                              )

**EMPLOYMENT DISCRIMINATION COMPLAINT**

A. PLAINTIFF INFORMATION

    Susanne Becker
    50965 County Road 27
    Scottsbluff, NE 69361
    970-467-6573

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 29 2021

JEFFREY P. COLWELL
CLERK

B. DEFENDANT INFORMATION

    Michael P. Ryan
    US Infrastructure Company (USIC)
    9045 North River Rd. Suite 200
    Indianapolis, IN 46240

C. JURISDICTION

    Diversity Jurisdiction Title 28, Section 1332 of the United States Code (28 U.S.C 1332(a))

    Title VII of the Civil Rights Act of 1964, 42 U.S.C 2000e-16

D. STATEMENT OF CLAIM(S)

    I.    The Plaintiff, Susanne Becker, worked for US Infrastructure Company (USIC), a locator, in states of Wyoming, Nebraska and South Dakota from May 2020 through 2021. On July 2,

2021, USIC fired Becker from her job because she used Old North Western American language her nation language and origin. Becker did express that she stop short of showing her Country Bird symbol to say she came in peace.   As a result, Becker has suffered lost wages and humiliation. Becker wants USIC to give her her job back and pay her lost wages and damages for her suffering.

II. In the week of June 28, 2021 through July 2,2021, while the Plaintiff Susanne Becker was preforming your duties in Volga, South Dakota, Becker stopped her work and saw and read the label on the utility box saying "entering unknown utility boxes can be a Federal offense" and possible a state offense in South Dakota. Becker had reason to believe that USIC forced her to violated both laws due to no labeling of who OWNS the utility boxes. Becker wrote up a meet sheet form to the City of Volga, South Dakota that she could NOT finish her contractual work assign to her by state law of 811 locate requires because the situation was "FUCK UP"(a term in her nation language of origin prefer the Old North Western Rockies of Colorado).   The excessive forced induced anxiety caused by USIC for sending Becker to South Dakota to locate unknown cable boxes required her to leave the state of South Dakota 4 days earlier to take time to relax and recover. Becker did express that she stop short of showing her Country Bird symbol to say she came in peace. Becker wants damages for the two weeks of USIC forcing her to violate Federal and State laws, her time to recover, mental pain and embarrassment.

III. On July   2, 2021, while the Plaintiff was in her home state Nebraska, USIC called Becker and said that the City of Volga, South Dakota, Mediacom and CenturyLink was upset for her using American Language "FUCK UP" on the meet sheet. USIC then processed to fire Becker over the phone. Becker is an American and she used her American Language of origin to express her thoughts. Becker did express that she stop short of showing her Country Bird symbol to say she came in peace.   As a result, Becker has suffered lost wages and humiliation. Becker wants USIC to pay her lost wages and damages for her suffering.

E. Federal Rule 81

   The Plaintiff, Susanne Becker did contact Equal Employment Opportunity Commission (EEOC) and they did NOTHING because my complaint is not with in their laws because they do not know Old North Western American Language.

F. Relief

   The Relief is stated in the claim as while as, the Plaintiff, Becker requests a Jury Demand.

Date: of signing: _November 26, 2021_

Signature of Plaintiff: _Susanne Becker_

Printed Name of Plaintiff: _Susanne Becker_

50965 County Road 27, Scottsbluff, NE 69361



S. Becker
50105 CR 27
Scottsbluff, NE
69361

U.S. District Court
Clerk's Office
Courthouse, Room A105
901 19th Street
Denver, CO 80294-3589