IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 17 2021

JEFFREY P. COLWELL
CLERK

Civil Action No. _____21-CV-03204-GPG_____
(To be supplied by the court)

_____SUSANNE HURD_____, Plaintiff

v.

_____MICHAEL P. RYAN_____,

US INFRASTRUCTURE COMPANY (USIC)

_____,

_____,

_____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## EMPLOYMENT DISCRIMINATION COMPLAINT

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

50965 COUNTY ROAD 27 SCOTTSBLUFF, NE 69361
(Name and complete mailing address)

970-467-6573
(Telephone number and e-mail address)

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: MICHAEL P. RYAN (usic) 9045 NORTH RIVER RD SUITE 200, INDIANAPOLIS, IN 46240
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 2: _____
(Name and complete mailing address)

(Telephone number and e-mail address if known)

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

__X__ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

____ Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

____ Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

____ Other: *(please specify)* _____

## D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _____

The conduct complained of in this claim involves the following: (*check all that apply*)

    ___ failure to hire          ___ different terms and conditions of employment

    ___ failure to promote        ___ failure to accommodate disability

    _X_ termination of employment    ___ retaliation

    _X_ other: (*please specify*) No one can be denied equal employment opportunity because of birthplace, ancestry, culture, or linguistic characteristics closely associated with an ethnic group.

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

    ___ race      ___ religion      _X_ national origin      _X_ age

    ___ color     ___ sex      ___ disability

Supporting facts:

I. The Plaintiff, Susanne Becker, worked for US Infrastructure Company (USIC), a locator, in states of Wyoming, Nebraska and South Dakota from May 2020 through 2021. On July 2, 2021, USIC fired Becker from her job because she used Old North Western American language her nation language and origin. Becker did express that she stop short of showing her Country Bird symbol to say she came in peace. As a result, Becker has suffered lost wages and humiliation. Becker wants USIC to give her her job back and pay her lost wages and damages for her suffering.

II. In the week of June 28, 2021 through July 2,2021, while the Plaintiff Susanne Becker was preforming your duties in Volga, South Dakota, Becker stopped her work and saw and read the label on the utility box saying " entering unknown utility boxes can be a Federal offense" and possible a state offense in South Dakota. Becker had reason to believe that USIC forced her to violated both laws due to no labeling of who OWNS the utility boxes. Becker wrote up a meet sheet form to the City of Volga, South Dakota that she could NOT finish her contractual work assign to her by state law of 811 locate requires because the situation was "FUCK UP"(a term in her nation language of origin prefer the Old North Western Rockies of Colorado). The excessive forced induced anxiety caused by USIC for sending Becker to South Dakota to locate unknown cable boxes required her to leave the state of South Dakota 4 days earlier to take time to relax and recover. Becker did express that she stop short of showing her Country Bird symbol to say she came in peace. Becker wants damages for the two weeks of USIC forcing her to violate Federal and State laws, her time to recover, mental pain and embarrassment.

III. On July 2, 2021, while the Plaintiff was in her home state Nebraska, USIC called Becker and said that the City of Volga, South Dakota, Mediacom and CenturyLink was upset for her using American Language "FUCK UP" on the meet sheet. USIC then processed to fire Becker over the phone. Becker is an American and she used her American Language of origin to express her thoughts. Becker did express that she stop short of showing her Country Bird symbol to say she came in peace. As a result, Becker has suffered lost wages and humiliation. Becker wants USIC to pay her lost wages and damages for her suffering.

CLAIM TWO: _____

The conduct complained of in this claim involves the following: (*check all that apply*)

___ failure to hire  ___ different terms and conditions of employment

___ failure to promote  ___ failure to accommodate disability

___ termination of employment  ___ retaliation

___ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

___ race  ___ religion  ___ national origin  ___ age

___ color  ___ sex  ___ disability

Supporting facts:

4

## E. ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

    __X__ Yes (***You must attach a copy of the administrative charge to this complaint***)

    __X__ No                     THE EEOC DOES NOT CARE AND THEY DISMISSED IT

Have you received a notice of right to sue? (*check one*)

    ___ Yes (***You must attach a copy of the notice of right to sue to this complaint***)

    __X__ No                     I HAVE THE RIGHT TO SUE WITHOUT RULE 81

## F. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*

Becker wants USIC to give her her job back and pay her lost wages and damages for her suffering.

## G. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

    sUSANNE BECKER
    ―――――――――――――――――――
    (Plaintiff's signature)

    DECEMBER 6, 2021
    ―――――――――――――――――――
    (Date)

(Revised December 2017)

# REQUEST FOR RELIEF

Plaintiff requests the following relief:

Becker wants USIC to give her her job back and pay her lost wages and damages for her suffering.

Date: DECEMBER 6, 2021

SUSANNE BECKER
(Plaintiff's Original Signature)

50965 COUNTY ROAD 27
(Street Address)

SCOTTSBLUFF, NEBRASKA 69361
(City, State, ZIP)

970-467-6573
(Telephone Number)

Jeff P. Colwell
Alfred A. Arraj
United States Courthouse
901 19th Street
Room A105
Denver, CO
303 94-3589

Scottsdale, AZ 85065
Hull

